**Entered on Docket
January 06, 2011**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

**ROBERT J. HOPP & ASSOCIATES, LLC**
Brittany Wood, Nevada Reg. No. 7562
Ines Olevic-Saleh, Nevada Reg. No. 11431
515 South 3rd Street
Las Vegas, NV 89101
Phone: 702-722-6271
Fax: 303-531-2154
nvbk@hopplawfirm.com
Attorneys for Deutsche Bank National Trust Company, as Trustee for FFML Mortgage Pass-Through Certificates, Series 2006-FF11, its successors and/or assignees and its servicing agent America's Servicing Company

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA - LAS VEGAS

| | |
|---|---|
| In re: | CASE NO. 09-24738-bam |
| Mark Taylor, | Chapter 11 |
|  | Hearing Date: December 14, 2010 |
| Debtor. | Hearing Time: 9:00AM |
|  |  |
|  | Location: Foley Federal Bldg., 300 Las Vegas Blvd. S, Las Vegas, Nevada, 89101 |

### ORDER TERMINATING THE AUTOMATIC STAY

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that relief from stay is granted with respect to the interests of Movant for the following property: 11452 Morning Grove Drive, Las Vegas, Nevada 89135 (the "Property").

Submitted by:

**ROBERT J. HOPP & ASSOCIATES, LLC**

/s/ Brittany Wood
Brittany Wood, Nevada Reg. No. 7562
Ines Olevic-Saleh, Nevada Reg. No. 11431
515 South 3rd Street
Las Vegas, NV 89101
Phone: 702-722-6271
Attorneys for Movant

Approved as to form and content:

/s/ No Response
C. Andrew Wariner, Esq.
Attorney for Debtor Mark Taylor

### ALTERNATIVE METHOD RE: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

X    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

____ I certify that this is a Chapter 7 or 13 case, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel/or Unrepresented Debtor:
___ approved the form of this order           _____ disapproved the form of this order

___ waived the right to review the order and/or X failed to respond to the document

___ appeared at the hearing, waived the right to review the order

___ matter unopposed, did not appear at the hearing, waived the right to review the order


Other Party:_____
___ approved the form of this order           _____ disapproved the form of this order

___ waived the right to review the order and/or_____ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

X  matter unopposed, did not appear at the hearing, waived the right to review the order

###